IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Covington Sr, Willie C | Case Number: 04 B 34506 |
| Covington, Joe Anna | Judge: Wedoff, Eugene R |
| Printed: 11/25/08 | Filed: 9/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 7, 2008
Confirmed: November 4, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 94,396.56 | |
| Secured: | | 67,731.44 |
| Unsecured: | | 18,230.67 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 4,937.89 |
| Other Funds: | | 796.56 |
| Totals: | 94,396.56 | 94,396.56 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Beneficial Illinois Inc | Secured | 47,880.00 | 47,880.00 |
| 3. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 4. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 17,689.72 | 17,689.72 |
| 6. | Beneficial Illinois Inc | Secured | 2,161.72 | 2,161.72 |
| 7. | Portfolio Recovery Associates | Unsecured | 477.21 | 3,701.05 |
| 8. | Resurgent Capital Services | Unsecured | 76.76 | 595.34 |
| 9. | RoundUp Funding LLC | Unsecured | 47.81 | 370.82 |
| 10. | ECast Settlement Corp | Unsecured | 1,033.34 | 8,014.12 |
| 11. | Resurgent Capital Services | Unsecured | 161.21 | 1,250.27 |
| 12. | Capital One | Unsecured | 62.69 | 486.22 |
| 13. | Capital One | Unsecured | 49.63 | 384.91 |
| 14. | Specialized Management Consultants | Unsecured | 70.86 | 549.54 |
| 15. | CitiFinancial Auto Credit Inc | Unsecured | 371.14 | 2,878.40 |
| 16. | Wells Fargo | Unsecured | | No Claim Filed |
| | | | $ 72,782.09 | $ 88,662.11 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Covington Sr, Willie C | Case Number: 04 B 34506 |
|---|---|---|
| | Covington, Joe Anna | Judge: Wedoff, Eugene R |
| | Printed: 11/25/08 | Filed: 9/16/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 749.61 |
| 4% | 250.43 |
| 3% | 201.77 |
| 5.5% | 1,030.38 |
| 5% | 312.25 |
| 4.8% | 553.01 |
| 5.4% | 1,840.44 |
| | $ 4,937.89 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

